UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GREGORY CLARK,

    Plaintiff,

v.

AMERICAN LEGION POST 365,

    Defendant.

Case No. 3:24-cv-970-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court on a Notice of Voluntary Dismissal. (Doc. 10). The Plaintiff filed their Notice on May 17, 2024. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may unilaterally dismiss their suit before an opposing party serves either an answer or a motion for summary judgment. Unless otherwise stated, such dismissals are without prejudice. Here, the notice requests dismissal with prejudice. Observing that the Defendant has neither served an answer nor a motion for summary judgment, the Court finds the Notice valid. As such notices are self-effectuating, the Court finds that this case has been **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  May 22, 2024**

                        *s/ J. Phil Gilbert*
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**