# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY CLARK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:24-cv-970-JPG |
| AMERICAN LEGION POST 365, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a valid Notice of Voluntary Dismissal;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**DATED:** May 22, 2024

MONICA A. STUMP, Clerk of Court

By: *s/Tina Gray,*
Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE